IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

AMBER DAWN RANDALL

    Plaintiff,

vs.

WEIDNER PROPERTY MANAGEMENT, LLC

    Defendant.

COMPLAINT

3AN-11-12580 CIVIL

COPY
Original Received
DEC 07 2011
Clerk of the Trial Courts

The plaintiff, Amber Dawn Randall, by and through his attorneys, Law Offices of Larry Z. Moser, P.C., alleges as follows:

1. Plaintiff, Amber Dawn Randall was at all times relevant to this complaint an Alaska resident, residing in Anchorage, Alaska.

2. Upon information and belief, the Defendant, Weidner Property Management is a businesses licensed to do business in Alaska and at all time relevant to this complaint, was doing business in Anchorage, Alaska.

3. Jurisdiction and venue are proper.

### COUNT I - NEGLIGENCE

4. The allegations contained in paragraphs 1 through 3 are re-alleged and incorporated as though fully and completely set forth herein.

5. On or about December 20, 2009, Plaintiff Randall was a resident of the Driftwood Apartment Homes owned by Defendant Weidner Property Management, LLC.

Ex. A, P. 1

LAW OFFICES OF LARRY Z. MOSER, P.C.
1503 West 31st Avenue, Suite 201
Anchorage, Alaska 99503
Tel: 907-222-1933    Fax: 907-222-1936

6. On that day, Plaintiff Randall walked outside of her apartment and stepped down the stairway leading to the sidewalk. As plaintiff stepped onto the last three stairs, she slipped and fell forward onto the stairs due to ice and snow build up on the stairway.

7. Defendant has a duty to maintain its stairway in a safe manner.

8. Defendant negligently failed to keep its stairway free and clear of ice and snow, breaching its duty of care.

9. As a direct result of Defendant's negligence, the plaintiff, Ms. Randall was severely injured, has suffered physical injuries, emotional distress, pain and suffering, and other damages, all in excess of $100,000.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief against Defendant:

1. Compensation for personal injuries, in an amount in excess of $100,000.00, the exact amount to be proved at trial.

2. Prejudgment interest, costs and attorney's fees as provided by law; and

3. For such other and further relief as the Court deems just and proper.

Ex. A, p. 2

Complaint                                                                                                        Page 2

LAW OFFICES OF LARRY Z. MOSER, P.C.
1503 West 31st Avenue, Suite 201
Anchorage, Alaska 99503
Tel: 907-222-1933   Fax: 907-222-1936

Case 3:12-cv-00029-SLG   Document 1-1   Filed 02/02/12   Page 2 of 3

DATED this __7__ day of December, 2011.

                                        LAW OFFICES OF LARRY Z. MOSER, P.C.
                                        Attorneys for Plaintiff, Amber Dawn Randall

                                        By _____
                                             Larry Z. Moser, ASBA No. 8611125

I hereby certify that on the _____ day of December, 2011,
a copy of the foregoing was served by mail on:

W. Dean Weidner
7040 Homer Drive
Anchorage, AK 99518

_____

Larry Z. Moser, P.C.

LAW OFFICES OF LARRY Z. MOSER, P.C.
1503 West 31st Avenue, Suite 201
Anchorage, Alaska 99503
Tel: 907-222-1933    Fax: 907-222-1936

Ex. A, P. 3

Complaint                                                                                             Page 3